

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Earnest James Dudley v. State of Texas

Appellate case number:   01-20-00175-CR

Trial court case number:  0917568

Trial court:                    208th District Court

On December 15, 2020, appellant filed a motion to supplement the appellate record from 01–03–00528–CR into this appeal. We **grant** the motion to supplement. The Clerk of this Court is instructed to transfer the trial court record from appellate cause number 01–03–00528–CR to 01–20–00175–CR. Appellant's objection filed on January 25, 2021 is **denied** as moot.

It is so **ORDERED**.


Judge's signature: _____/s/ Sherry Radack_____
⊠ Acting individually    ☐ Acting for the Court


Date:  _____January 28, 2021_